IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Dolores Duke and Thomas Duke<br><br>Plaintiffs<br><br>v.<br><br>Merck & Co., Inc.<br><br>Defendant | CIVIL ACTION<br>NO. 3:09-CV-05693 (GEB-LHG ) |
| Margaret Gozdziak<br><br>Plaintiff<br><br>v.<br><br>Merck & Co., Inc.<br><br>Defendant | CIVIL ACTION<br>NO. 3:09-CV-05630 (GEB-LHG ) |
| Dolores Kuczajda and Thomas F. Kuczajda, W/H<br><br>Plaintiffs<br><br>v.<br><br>Merck & Co., Inc.<br><br>Defendant | CIVIL ACTION<br>NO. 3:10-CV-00679 (GEB-LHG ) |
| Phyllis Molnar, and William Molnar, W/H<br><br>Plaintiffs<br><br>v.<br><br>Merck & Co., Inc.<br><br>Defendant | CIVIL ACTION<br>NO. 3:08-CV-00008 (GEB-LHG ) |

## PRETRIAL SCHEDULING ORDER

Pursuant to the status conference held on September 7, 2010,

IT IS on this 16th day of September, 2010, hereby

**ORDERED:**

1. Paragraph 12 of the March 9, 2010 Pretrial Scheduling Order is hereby amended to permit Plaintiffs until October 15, 2010 to serve interrogatories and document requests.

2. A Status Conference by telephone shall be initiated by plaintiffs on December 22, 2010 at 9:30 A.M.

_____
LOIS H. GOODMAN
United States Magistrate Judge